April 3, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00009-CV

TERRY BURNS, M.D., AND STEPHEN M. RAPKIN, Appellants

V.

THE CITY OF SAN ANTONIO, TEXAS, ACTING BY AND THROUGH THE CITY PUBLIC SERVICE BOARD OF SAN ANTONIO, TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF TEXAS, Appellees

This cause, an appeal from the judgment in favor of appellees, The City of San Antonio, Texas, acting by and through the City Public Service Board of San Antonio, Texas, and Ken Paxton, Attorney General of Texas, signed, November 17, 2023, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Terry Burns, M.D., and Stephen M. Rapkin, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered April 3, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.